UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LG CHEM, LTD. and
TORAY INDUSTRIES, INC.,

    Plaintiffs,                              Case No. 17-13476

v.                                            Hon. John Corbett O'Meara

AMPEREX TECHNOLOGY LTD.,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR STAY

IT IS HEREBY ORDERED that Defendant's motion for stay pursuant to 28 U.S.C. § 1659, which is unopposed, is GRANTED, pending the final determination of the United States International Trade Commission.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: January 4, 2018

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 4, 2018, using the ECF system.

                                                s/William Barkholz
                                                Case Manager